■ In the Matter of the Estate of Stanley J. Kaminski, Deceased. Judith A. Groat et al., Appellants; Mary Ann Hart-

MAN et al., Respondents. [830 NYS2d 689]—Appeal from a decree of the Surrogate's Court, Erie County (Barbara Howe, S.), entered December 14, 2005. The decree denied petitioners' motion for summary judgment, granted summary judgment to respondents and dismissed petitioners' cause of action.

It is hereby ordered that the decree be and the same hereby is unanimously affirmed without costs for reasons stated in decision by the Surrogate. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.